AO 245D (Rev 12/03)  Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 FEB -8  A 11: 34

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>William Bernard Collins | JUDGMENT IN A CRIMINAL CASE<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case Numbers:  CR298-00004-001 and<br>                        CR206-00027-001<br><br>USM Number:  21027-018<br><br>Kenneth R. Carswell<br>Defendant's Attorney |

**THE DEFENDANT:**

[ ]  admitted guilt to violation of condition(s) ___ of the term of supervision.
[X]  was found in violation of a mandatory condition after denial of guilt.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another Federal, state, or local crime (mandatory condition). | July 11, 2006 |

　　　The defendant is sentenced as provided on page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]　　The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No:　　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

Defendant's Date of Birth:　　October 19, 1959

Defendant's Residence Address:
c/o Bureau of Prisons

Defendant's Mailing Address:
c/o Bureau of Prisons

February 6, 2007
Date of Imposition of Judgment

Signature of Judge

Judge, U.S. District Court
Name and Title of Judge

2-8-07
Date

AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations:  
Sheet 2 - Imprisonment

Judgment-Page 2 of 2

DEFENDANT: William Bernard Collins  
CASE NUMBERS: CR298-00004-001 and CR206-00027-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>60 months. This term consists of 60 months as to each of Counts 7 and 8, and 36 months as to Counts 9 and 10 of CR206-00027-001; and 24 months as to CR298-00004-001, all counts to run concurrently with each other.</u>

[X]  The Court makes the following recommendations to the Bureau of Prisons:

Designation to the facility located in Jesup, Georgia.

[X]  The defendant is remanded to the custody of the United States Marshal.  
[ ]  The defendant shall surrender to the United States Marshal for this district,

  [ ] at ___ [ ] a.m. [ ] p.m. on _____.  
  [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____.  
  [ ] as notified by the United States Marshal.  
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

United States Marshal

By _____

Deputy United States Marshal